ACCEPTED
03-15-00317-CV
6160704
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 3:04:14 PM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00317-CV

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 3:04:14 PM
JEFFREY D. KYLE
~~Clerk~~

## RANDALL WALKER
**Appellant**

**vs.**

## HERBERT WALKER D/B/A, WALKER WATER WELLS; AND WALKER WATER WELL SERVICES, LLC.,
**Appellees**

From Cause No. 423-2441
In the 423rd Judicial District Court
Bastrop County, Texas

## APPELLANT'S FIRST OPPOSED MOTION TO ENLARGE THE TIME FOR FILING THEIR OPENING BRIEF

Craig Welscher
State Bar No. 21167200
S. Cory Sells
State Bar No. 24075525
The Welscher Law Firm, P.C.
1111 North Loop West, Suite 702
Houston, Texas 77008
(713) 862-0800 – Telephone
(713) 862-4003 – Facsimile
Email: csells@welscherlaw.com
*Attorneys for Appellant*

1

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW TERRY RANDALL, the Appellant in the above-numbered and styled appeal, by and through their counsel of record, S. Cory Sells, and respectfully moves for an enlargement of forty-five (45) days for the filing of their opening brief, and in support thereof would respectfully show unto the Court the following:

1.     Final Judgment in this matter was issued on June 1, 2015. Appellant's brief is currently due on Wednesday, July 22, 2015.

2.     Appellant's counsel, Mr. S. Cory Sells has been in and out of the hospital over the last weekend do to a medical issue and is investigating with medical professionals if surgery and future medical care is required. Unfortunately, this has prevented him from dedicating the time necessary to Appellant's brief. Furthermore, Appellant's opening brief will contest a JNOV which contested legal and factual sufficiency of every item placed before the jury. Appellant's wishes to have adequate time to fully brief all of these issues.

3.     Accordingly, Appellant's counsel respectfully requests that the Court enlarge the time for filing Appellant's opening brief by forty-five (45) days, through and including September 5, 2015.

4.     Appellant has attempted to contact counsel for Appellees regarding their opposition to this request but has yet to hear back from opposing counsel.

## PRAYER

Wherefore, premises considered, the Appellant, Randall Walker, prays that the Court enlarge the deadline for the filing of their opening brief by forty-five (45) days, through and including September 5, 2015.

Respectfully submitted,

**THE WELSCHER LAW FIRM**

/s/ S. Cory Sells
Craig Welscher
State Bar No. 21167200
S. Cory Sells
State Bar No. 24075525
The Welscher Law Firm, P.C.
1111 North Loop West, Suite 702
Houston, Texas 77008
(713) 862-0800 – Telephone
(713) 862-4003 – Facsimile
Email: csells@welscherlaw.com
*Attorneys for Appellant*

## CERTIFICATE OF CONFERENCE

The undersigned sent emails to and left two telephone messages with Mr. Alex Metcalf about this Motion on July 20 and 21, 2015, and Mr. Alex Metcalf did not respond to either message or email. Appellant's counsel is assuming he is opposed based upon his non-response.

/s/ S. Cory Sells
S. Cory Sells

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing instrument was forwarded to all known counsel of record in the manner required by Texas Rule of Appellate Procedure 9.5, on this the 21st day of July, 2015.

***Via Electronic Service***
Alex Metcalf
807 Pecan Street
Bastrop, Texas 78602

/s/ S. Cory Sells
S. Cory Sells

4

# THE WELSCHER LAW FIRM

A PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

———— ⋆ ————

CRAIG WELSCHER
SHAREHOLDER

1111 North Loop West, Suite 702
Houston, Texas 77008

Tel: (713) 862-0800
Fax: (713) 862-4003

July 21, 2015

*Via ProDoc Electronic Filing*
Jeffrey D. Kyle, Clerk
3rd Court of Appeals
P.O. Box 12547
Austin, Texas 78711-2547

> Re: *Court of Appeals Number:03-15-00317-CV*
> *Trial Court Case Number: 423-2441;Terry Randall v. Herbert J. Walker d/b/a*
> *Walker Water Well; and Walker Water Well Services, LLC*

Honorable Clerk:

Enclosed please find following:

*Appellant's First Unopposed Motion to Enlarge the time for Filing their Opening Brief*

Should you have any questions regarding the enclosed, please contact our office. Thank you for your assistance in this matter.

Very truly yours,

THE WELSCHER LAW FIRM

*Connie Gilbert* /e/

Connie Gilbert,
Paralegal to Craig Welscher
service@welscherlaw.com

CCG//pld
Enclosures: As Stated
cc:
*Via Facsimile: (512) 303-6766 and/or*
*Via Electronic Mail: alex@lostpineslawyer.com*
Alex Metcalf
Attorney at law
807 Pecan Street
Bastrop, Texas 78602